UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN ANTONIO CALZADA, | ) | NO. CV 08-2882 ABC (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| LARRY SMALL, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 17, 2009.

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE